MARK K. SCHONFELD (MS-2798)
REGIONAL DIRECTOR

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Northeast Regional Office
3 World Financial Center
New York, NY 10281
(212) 336-0077 (Gizzi)

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

HOWARD R. BAER and KEVIN C. BAER,

Defendants.

Civil Action No.
CV06-2792-PHX-EHC

STIPULATION

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the check endorsed by defendant Howard R. Baer ("Baer") in the amount of $100,000, payable to the Clerk of Court, and dated December 12, 2006, shall constitute partial payment of the $1,438,327.41 (disgorgement and prejudgment interest) Baer owes pursuant to the Final Judgment As To Defendant Howard R. Baer entered on November 29, 2006.

_____
Paul G. Gizzi (PG-1836)
Attorney for Plaintiff
Securities and Exchange Commission

_____
Martin S. Siegel (MS9490)
Attorney for Defendant
Howard R. Baer