IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                - against -

HOWARD R. BAER and
KEVIN C. BAER

                Defendants.

No. CV 06-2792-PHX-EHC

## JOINT STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the check drawn by defendant Howard R. Baer ("Baer") in the amount of $60,000, payable to the Clerk of Court and dated January 26, 2007, shall constitute partial payment of the $1,438,327.41 of disgorgement and prejudgment interest ("Disgorgement Fees") defendant Baer owes pursuant to the Final Judgment As To Defendant Howard R. Baer entered on November 29, 2006 ("Final Judgment").

IT IS FURTHER STIPULATED AND AGREED that any and all future checks drawn by or for defendant Baer, payable to the Clerk of Court, shall also constitute partial payment of the Disgorgement Fees.

IT IS FURTHER STIPULATED AND AGREED that, by entering into in this Stipulation, the Commission does not intend to waive, and does not waive, its right to

seek to enforce the Final Judgment by any lawful means available, and to obtain full discovery concerning defendant Baer's ability to satisfy the Final Judgment.

IT IS FURTHER STIPULATED AND AGREED that counsel for the Commission shall submit, on behalf of the parties to this stipulation, the attached proposed Order for the Court to enter.

Paul G. Gizzi (PG-1836)
Securities and Exchange Commission
3 World Financial Center, Suite 400
New York, New York 10281
Phone (212) 336-0077
Facsimile (212) 336-1322

Attorney for the Plaintiff
Securities and Exchange Commission

Martin S. Siegel (MS-9490)
Brown Rudnick
Seven Times Square
New York, New York 10036
Phone (212) 209-4829
Facsimile (212) 704-0196

Attorney for Defendant
Howard R. Baer

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      - against -

HOWARD R. BAER and
KEVIN C. BAER

                Defendants.

No. CV 06-2792-PHX-EHC

[PROPOSED] ORDER

Pursuant to Stipulation of the Parties filed on March __, 2007 (Dkt. __),

**IT IS ORDERED** that the check drawn by Defendant Howard R. Baer in the amount of $60,000, payable to the Clerk of Court and dated January 26, 2007, shall constitute partial payment of the $1,438,327.41 of disgorgement and prejudgment interest that Defendant Howard R. Baer owes pursuant to the Final Judgment entered against him on November 29, 2006.

**IT IS FURTHER ORDERED** that any and all future checks drawn by or for Defendant Howard R. Baer, payable to the Clerk of Court, shall also constitute partial payment of the $1,438,327.41 of disgorgement and prejudgment interest that Defendant Howard R. Baer owes pursuant to the Final Judgment.

**IT IS FURTHER ORDERED** that, by stipulating to the entry of this Order, the Commission does not waive its right to seek to enforce the Final Judgment by any lawful

means available, and to obtain full discovery concerning defendant Howard R. Baer's ability to satisfy the Final Judgment.

DATED this ____ day of _____, 2007.

                                                                  _____
                                                                  Earl H. Carroll
                                                                  United States District Judge